October 30, 2009

Ms. Lisa Ann Songy
Shannon Gracey Ratliff & Miller, L.L.P.
500 N Akard St., Suite 2500
Dallas, TX 75201-1853
Mr. William "Andy" Taylor
Andy Taylor and Associates, P.C.
405 Main Street, Suite 200
Houston, TX 77002

RE: Case Number: 08-0780
 Court of Appeals Number: 01-05-01115-CV
 Trial Court Number: 2002-14943

Style: CHRYSLER INSURANCE COMPANY
 v.
 GREENSPOINT DODGE OF HOUSTON, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion to Dismiss Cross-
Petition on behalf of Jack Apple, Jr. and issued a per curiam opinion in
the above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |